# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

July 06, 2016

ROBERTS & MORRISON ATTYS
4040 CIVIC CENTER DR #200
SAN RAFAEL, CA94903

**FINAL NOTICE**

Chapter 13 Case No.: 11-45515-RLE13
Re: Jose Leon Watson & Latanya Marie Watson

We received a notification that the address for claim #14 filed by ROBERTS & MORRISON ATTYS, is no longer valid or has changed.

We have no authority to send payments to a different address, or send payments to a non-creditor absent a court order. Any change of address or transfer of claim **MUST** be filed with the Bankruptcy Court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca 94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Jose Leon Watson & Latanya Marie Watson, 2715 10St, San Pablo, CA  94806
Rob Brown, C/O Law Offices Of Daniel Robert Bartley, Po Box 686, Novato, CA  94948
Roberts & Morrison Attys, 4040 Civic Center Dr #200, San Rafael, CA  94903
W Kirk Moore Atty, 586 N 1St Street #202, San Jose, CA  95112