MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
22320 FOOTHILL BLVD. STE 150
Telephone: (510) 266-5580
Fax: (510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: JOSE LEON WATSON ) Case No 11-45515-RLE13
)
LATANYA MARIE WATSON ) CHAPTER 13
) **NOTICE OF UNCLAIMED**
Debtor(s) ) **DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,348.39 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amt |
|---|---|---|---|
| 11-45515-RLE13 | ROBERTS & MORRISON ATTYS<br>4040 CIVIC CENTER DR #200<br>SAN RAFAEL CA 94903-0000 | $ 28,393.00 | $ 2,348.39 |
| | Total Unclaimed Dividends | | $ 2,348.39 |

Dated: July 18, 2016

_____
/s/ Martha G. Bronitsky, Chapter 13 Trustee