MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
22320 FOOTHILL BLVD. STE 150
Telephone: (510) 266-5580
Fax: (510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: JOSE LEON WATSON<br>LATANYA MARIE WATSON<br>Debtor(s) | ) | Case No 11-45515-RLE13<br>CHAPTER 13<br>**NOTICE OF UNCLAIMED DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,633.33 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amt |
|---|---|---|---|
| 11-45515-RLE13 | ROBERTS & MORRISON ATTYS<br>4040 CIVIC CENTER DR #200<br>SAN RAFAEL CA 94903-0000 | $ 19,747.68 | $ 1,633.33 |

Total Unclaimed Dividends $ 1,633.33

Dated: July 18, 2016

/s/ Martha G. Bronitsky, Chapter 13 Trustee