**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br>JOSE LEON WATSON<br>LATANYA MARIE WATSON<br>Debtor(s) | Case No. 11-45515-RLE13 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Martha G. Bronitsky, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/20/2011.

2) The plan was confirmed on 06/23/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/07/2016.

5) The case was completed on 06/07/2016.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $213,173.00.

10) Amount of unsecured claims discharged without payment: $84,802.89.

11) All checks distributed by the trustee relating to this case have cleared the bank.

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $94,800.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$94,800.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,130.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $4,469.30 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$8,599.30** |

Attorney fees paid and disclosed by debtor: $670.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE MANAGEM | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| AIS SERVICES LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ASSET MANAGEMENT | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Baystate Gas-brockton | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE AMERICA | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE US | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CASH AMERICA NET OF CALIFORNIA | Unsecured | 2,209.00 | NA | NA | 0.00 | 0.00 |
| CASH ONE | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| CHECK 'N GO | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CHECKCITY.COM | Unsecured | 315.00 | 300.00 | 300.00 | 24.81 | 0.00 |
| CHELA | Unsecured | 7,450.00 | NA | NA | 0.00 | 0.00 |
| CITY NTL BK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BRENTWOOD | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| CONTRA COSTA COUNTY TAX COLL | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| DAN BARTLEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EAST SIDE LENDERS | Unsecured | 1,275.00 | 1,650.00 | 1,650.00 | 136.47 | 0.00 |
| ECMC | Unsecured | 24,477.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 53,308.00 | 55,849.48 | 55,849.48 | 4,619.10 | 0.00 |
| ECMC | Unsecured | 20,963.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| FIRST RECOVERY SERVICES, INC. | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE, LLC | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 14,129.00 | 12,133.88 | 12,133.88 | 12,133.88 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | NA | 1,769.18 | 1,769.18 | 146.33 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,122.00 | 1,122.39 | 1,122.39 | 92.83 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 645.00 | 645.00 | 645.00 | 53.35 | 0.00 |
| KAISER PERMANENTE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LOAN AND SHOP | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| LTD Financial Services | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| MYLOANSUSA.COM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NARS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE WEST | Secured | 11,571.00 | 11,188.80 | 11,188.80 | 11,188.80 | 910.38 |
| NCO FINANCIAL SYSTEMS, INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 521.00 | 521.44 | 521.44 | 43.13 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 0.00 | 526.94 | 526.94 | 43.58 | 0.00 |
| PROF RECOVRY | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 24,595.00 | 24,680.00 | 15,250.00 | 15,250.00 | 1,349.87 |
| REGIONAL ACCEPTANCE CORP | Unsecured | NA | 0.00 | 9,430.00 | 779.96 | 0.00 |
| ROBERTS & MORRISON ATTYS | Unsecured | 30,000.00 | 28,393.00 | 28,393.00 | 2,348.39 | 0.00 |
| ROBERTS & MORRISON ATTYS | Unsecured | 20,000.00 | 19,747.68 | 19,747.68 | 1,633.33 | 0.00 |
| SALLIE MAE INC ON BEHALF OF US/ | Unsecured | 7,453.00 | 7,453.61 | 7,453.61 | 616.49 | 0.00 |
| SOUTHWEST CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STRLNG KING | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems, Inc | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | 17,455.16 | 17,455.16 | 1,443.72 | 0.00 |
| UNITED STATES TREASURY | Priority | 36,390.00 | 33,386.28 | 33,386.28 | 33,386.28 | 0.00 |
| WORLDMARK, THE CLUB | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $26,438.80 | $26,438.80 | $2,260.25 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$26,438.80** | **$26,438.80** | **$2,260.25** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $45,520.16 | $45,520.16 | $0.00 |
| **TOTAL PRIORITY**: | **$45,520.16** | **$45,520.16** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$144,863.88** | **$11,981.49** | **$0.00** |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $8,599.30 | |
| Disbursements to Creditors | $86,200.70 | |
| **TOTAL DISBURSEMENTS :** | | **$94,800.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/08/2016 By:/s/ Martha G. Bronitsky

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 8th day of August, 2016.

JOSE LEON WATSON
LATANYA MARIE WATSON
2715 10ST
SAN PABLO, CA 94806

W KIRK MOORE ATTY
586 N 1ST STREET #202
SAN JOSE, CA 95112

ELECTRONIC SERVICE - United States Trustee

Date: August 08, 2016

/s/ Trustee Martha G. Bronitsky
Trustee Martha G. Bronitsky
Chapter 13 Trustee
PO Box 5004
Hayward, CA 94540